1 So.2d 922

## Ex parte E. O. BALDWIN.

### 4 Div. 202.

Supreme Court of Alabama.

March 27, 1941.

E. O. Baldwin, of Andalusia, pro se.

PER CURIAM.

No application having been first made to the Board of Commissioners of the State Bar, the court declines to entertain the petition, and the same is hereby dismissed.

All the Justices concur, except KNIGHT, J., not sitting.

1 So.2d 922

## E. L. BOLTON, Claimant, v. STATE.

### 6 Div. 620.

Supreme Court of Alabama.

March 18, 1941.

DeGraffenried & McDuffie, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed for want of prosecution.

1 So.2d 39

## Sadie CHRISTIAN v. STATE.

### 7 Div. 651.

Supreme Court of Alabama.

Feb. 15, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

3 So.2d 915

## Lewis B. COOPER et al. v. FARMERS NATIONAL BANK OF OPELIKA.

### 5 Div. 334.

Supreme Court of Alabama.

May 27, 1941.

R. S. Milner and Paul M. Page, both of Dadeville, for appellants.

Denson & Denson and L. J. Tyner, all of Opelika, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.

1 So.2d 39

## Thos. J. DILL v. R. B. PINSON et al.

### 7 Div. 644.

Supreme Court of Alabama.

Jan. 14, 1941.

PER CURIAM.

Affirmed on certificate.